# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Heffley, Marilyn | **2. Court or Organization**<br><br>United States District Court Room 4001 | **3. Date of Report**<br><br>08/13/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>MAGISTRATE - FULL TIME | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ___ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PORTIN HOFFMAN FINANCIAL GROUP ADVISORY RETIREMENT SWEEP PROGRAM | A | Interest | K | T | | | | | |
| 2.  AMERICAN AMCAP FUND F2 | A | Dividend | K | T | | | | | |
| 3.  AMERICAN AMCAP FUND F2 | C | Distribution | K | T | | | | | |
| 4.  GOLDMAN SACHS ABSOLU RETURN TACKER | A | Dividend | K | T | Buy | 07/24/19 | K | | |
| 5.  GOLDMAN SACHS ABSOLU RETURN TACKER | A | Distribution | J | T | Buy | 07/24/19 | K | | |
| 6.  AQR MANAGED FUTURES FUND CL I | A | Dividend | K | T | Sold (part) | 07/24/19 | K | A | |
| 7.  JOHN HANCOCK DISCIPL INED VALUE MID CAP I | A | Dividend | L | T | | | | | |
| 8.  OPPENHEIMER DEV MARKETS CLASS Y | A | Dividend | K | T | | | | | |
| 9.  OPPENHEIMER DEV MARKETS CLASS Y | A | Distribution | J | T | | | | | |
| 10.  PIMCO ALL ASSET ALL AUTHORITY-INSTIT CL | B | Dividend | L | T | | | | | |
| 11.  T ROWE PRICE BLUE CHIP GROWTH INC | A | Distribution | J | T | | | | | |
| 12.  T ROWE PRICE BLUE CHIP GROWTH INC | A | Dividend | L | T | | | | | |
| 13.  THE HARTFORD INTL OPPT FD CLASS I | A | Dividend | L | T | | | | | |
| 14.  UNDISCOVERED MGRS BEHAVIOR VALUE CL L | A | Dividend | L | T | | | | | |
| 15.  UNDISCOVERED MGRS BEHAVIOR VALUE CL L | B | Distribution | J | T | | | | | |
| 16.  VANGUARD EQUITY INCOME INVESTOR CL | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD EQUITY INCOME INVESTOR CL | B | Distribution | M | T | | | | | |
| 18. AB GLOBAL BOND ADVISOR CLASS | B | Dividend | K | T | | | | | |
| 19. BLACKROCK FLOATING RATE INC PORT INSTL | B | Dividend | K | T | | | | | |
| 20. EATON VANCE INCOME FUND OF BOSTON CL I | B | Dividend | K | T | | | | | |
| 21. JOHN HANCOCK BOND FUND CLASS I | C | Dividend | L | T | | | | | |
| 22. JOHN HANCOCK BOND FUND CLASS I | A | Distribution | L | T | | | | | |
| 23. LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | K | T | | | | | |
| 24. GUARDIAN LIFE INS & ANNUITY CO (VARIABLE ANNUITY IRA PLAN) | | None | M | T | | | | | |
| 25. LIFE INS SUB ACCOUNT: AB VPS GROWTH & INCOME PORTFOLIO CLASS B | A | Dividend | J | T | | | | | |
| 26. LIFE INS SUB ACCOUNT: BLACK ROCK CAPITAL APPRECIATION SERIES I | A | Dividend | J | T | | | | | |
| 27. LIFE INS SUB ACCOUNT: BLACK ROCK ADVANTAGE LARGE CAP CORE CL LL | A | Dividend | J | T | | | | | |
| 28. LIFE INS SUB ACCOUNT: COLUMBIA VARIABLE PORTFOLIO SMALL CAP VA | A | Dividend | J | T | | | | | |
| 29. LIFE INS SUB ACCOUNT: FIDELITY VIP MIDCAP PORT SRCL2 | A | Dividend | J | T | | | | | |
| 30. LIFE INS SUB ACCOUNT: FIDELITY VIP MIDCAP PORT SRCL2 | A | Dividend | J | T | | | | | |
| 31. LIFE INS SUB ACCOUNT: FRANKLIN SMALL CAP VALUE VIP FUND CLASS | A | Dividend | J | T | | | | | |
| 32. LIFE INS SUB ACCOUNT:GUARDIAN GLOBAL UTILITIES VIP FUND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. LIFE INS SUB ACCOUNT: GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | J | T | | | | | |
| 34. LIFE INS SUB ACCOUNT: GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | J | T | | | | | |
| 35. LIFE INS SUB ACCOUNT: JANUS HENDERSON GLOBAL TECHNOLOGY PORTFO | A | Dividend | J | T | | | | | |
| 36. LIFE INS SUB ACCOUNT: MFS VIT UTILITIES SERIES SC | A | Dividend | J | T | | | | | |
| 37. LIFE INS SUB ACCOUNT: OPPENHEIMER GLOBAL STRATEGIC INCOME/VA S | A | Dividend | K | T | | | | | |
| 38. LIFE INS SUB ACCOUNT: OPPENHEIMER MAIN STREET SMALL CAP FUND/V | A | Dividend | J | T | | | | | |
| 39. LIFE INS SUB ACCOUNT: PIMCO TOTAL RETURN ADVISOT CL | A | Dividend | J | T | | | | | |
| 40. LIFE INS SUB ACCOUNT: PIONEER MID CAP VALUE VCT CL II | A | Dividend | J | T | | | | | |
| 41. LIFE INS SUB ACCOUNT: VICTORY INCORE INVESTMENT QUALITY BOND V | A | Dividend | K | T | | | | | |
| 42. LIFE INS SUB ACCOUNT: VICTORY INCORE LOW DURATION BOND VIP SER | A | Dividend | J | T | | | | | |
| 43. LIFE INS SUB ACCOUNT: VICTORY RS LARGE CAP ALPHA VIP SERIES | A | Dividend | J | T | | | | | |
| 44. JOHN HANCOCK FUNDS STRATEGIC INCOME OPPORTUNITIES FUND CL I | A | Dividend | J | T | | | | | |
| 45. PORTIN HOFFMAN FINANCIAL GROUP ADVISORY RETIREMENT SWEEP PROGRAM | A | Interest | J | T | | | | | |
| 46. AMERICAN AMCAP FUND F2 | A | Dividend | K | T | Sold (part) | 12/04/19 | J | A | |
| 47. AMERICAN AMCAP FUND F2 | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 48. | AMERICAN EUROPACIFIC GROWTH FUND CL F2 | A | Dividend | J | T | Sold (part) | 07/25/19 | J | A | |
| 49. | AMERICAN EUROPACIFIC GROWTH FUND CL F2 | A | Distribution | J | T | | | | | |
| 50. | COLUMBIA OVERSEAS VALUE CLASS ADV | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 51. | COLUMBIA OVERSEAS VALUE CLASS ADV | A | Distribution | J | T | | | | | |
| 52. | GOLDMAN SACHS ABSOLU RETURN TRACKER | A | Dividend | K | T | | | | | |
| 53. | GOLDMAN SACHS ABSOLU RETURN TRACKER | A | Distribution | K | T | | | | | |
| 54. | HARDING LOEVNER INST EMERGING MRKTS CL I | A | Dividend | K | T | Sold (part) | 12/04/19 | J | A | |
| 55. | PARNASSUS MID CAP | A | Dividend | K | T | | | | | |
| 56. | PARNASSUS MID CAP | A | Distribution | K | T | | | | | |
| 57. | VANGUARD EQUITY INCOME ADMIRAL FD | B | Dividend | K | T | | | | | |
| 58. | VANGUARD EQUITY INCOME ADMIRAL FD | A | Distribution | K | T | | | | | |
| 59. | ZACKS SMALL-CAP CORE FUND | A | Dividend | K | T | Sold (part) | 12/04/19 | J | A | |
| 60. | AB GLOBAL BOND ADVISOR CLASS | A | Dividend | J | T | | | | | |
| 61. | BLACKROCK STRATEGIC INCOME OPPRTSI INSTL | B | Dividend | K | T | | | | | |
| 62. | BLACKROCK STRATEGIC INCOME OPPRTSI INSTL | A | Distribution | J | T | | | | | |
| 63. | COLUMBIA STRATEGIC INCOME FUND ADV | B | Dividend | K | T | | | | | |
| 64. | EATON VANCE FLOATING RATE ADVANTAGE CL I | A | Dividend | J | T | Sold (part) | 12/04/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 65. LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | K | T | | | | | |
| 66. PORTIN HOFFMAN FINANCIAL GROUP BANK DEPOSIT SWEEP PROGRAM | A | Interest | L | T | | | | | |
| 67. AMERICAN EUROPACIFIC GROWTH FUND CL F2 | A | Dividend | K | T | Sold<br>(part) | 07/25/19 | J | A | |
| 68. AMERICAN EUROPACIFIC GROWTH FUND CL F2 | A | Distribution | K | T | | | | | |
| 69. AMERICAN FUNDAMENTAL INVESTORS CL F2 | A | Dividend | K | T | | | | | |
| 70. AMERICAN FUNDAMENTAL INVESTORS CL F2 | B | Distribution | K | T | | | | | |
| 71. AMERICAN GROWTH FUND OF AMERICA CL F2 | A | Dividend | K | T | | | | | |
| 72. AMERICAN GROWTH FUND OF AMERICA CL F2 | B | Distribution | K | T | | | | | |
| 73. DREYFUS GLOBAL REAL RETURN CL I | B | Dividend | K | T | | | | | |
| 74. COLUMBIA OVERSEAS VALUE CLASS ADV | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 75. COLUMBIA OVERSEAS VALUE CLASS ADV | A | Distribution | K | T | | | | | |
| 76. GOLDMAN SACHS ABSOLU RETURN TRACKER | A | Dividend | K | T | | | | | |
| 77. GOLDMAN SACHS ABSOLU RETURN TRACKER | A | Distribution | K | T | | | | | |
| 78. HARDING LOEVNER INST EMERGING MRKTS CL I | A | Dividend | K | T | | | | | |
| 79. JPMORGAN EQUITY INCOME CLASS I | B | Dividend | L | T | | | | | |
| 80. JPMORGAN EQUITY INCOME CLASS I | B | Distribution | L | T | | | | | |
| 81. JP MORGAN UNDISCOVERED MNG BEHAVIOR CL I | A | Dividend | K | T | Buy | 08/05/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. JP MORGAN UNDISCOVERED MNG BEHAVIOR CL I | B | Distribution | K | T | | | | | |
| 83. PARNASSUS MID CAP | A | Dividend | K | T | | | | | |
| 84. PARNASSUS MID CAP | B | Distribution | K | T | | | | | |
| 85. T ROWE PRICE BLUE CHIP GROWTH INC | A | Dividend | L | T | | | | | |
| 86. T ROWE PRICE BLUE CHIP GROWTH INC | A | Distribution | L | T | | | | | |
| 87. TWEEDY BROWNE GLOBAL VALUE FUND | A | Dividend | K | T | | | | | |
| 88. TWEEDY BROWNE GLOBAL VALUE FUND | A | Distribution | K | T | | | | | |
| 89. AB GLOBAL BOND ADVISOR CLASS | A | Dividend | K | T | | | | | |
| 90. BLACKROCK PA MUNI BOND FD INSTL | B | Dividend | J | T | | | | | |
| 91. EATON VANCE FLOATING RATE ADVANTAGE CL I | B | Dividend | K | T | | | | | |
| 92. FIDELITY TOTAL BOND | B | Dividend | K | T | | | | | |
| 93. FIDELITY TOTAL BOND | A | Distribution | K | T | | | | | |
| 94. NUVEEN PA MUNICIPAL BOND CL I | B | Dividend | L | T | | | | | |
| 95. NUVEEN PA MUNICIPAL BOND CL I | A | Distribution | L | T | | | | | |
| 96. PGIM ABSOLUTE RETURN BOND CL Z | B | Dividend | K | T | | | | | |
| 97. PGIM ABSOLUTE RETURN BOND CL Z | A | Distribution | K | T | | | | | |
| 98. ISHARES CORE S&P SMALL-CAP E | A | Dividend | J | T | Sold (part) | 08/05/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 99. BLACKROCK STRATEGIC INCOME OPPRTSI INSTL | B | Dividend | J | T | | | | | |
| 100. ZACKS SMALL-CAP CORE FUND | C | Distribution | J | T | | | | | |
| 101. ENTRUSTPERMAL ALTER CORE FUND CL I | A | Dividend | J | T | | | | | |
| 102. PNC SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 103. MERILL EDGE CASH MANAGEMENT | A | Interest | N | T | | | | | |
| 104. SUN COKE ENERGY | A | Dividend | J | T | | | | | |
| 105. BLACKROCK LARGE CAP CORE CL III - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 106. COLUMBIA VP SMALL CAP VALUE - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 107. FIDELITY VIP CONTRAFUND SRCL2 - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 108. FIDELITY VIP MID CAP PORT SRCL2 - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 109. FRANKLIN SMALL CAP VALUE VIP FUND CL - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 110. PIONEER MID-CAP VALUE VCT CL II - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 111. RS LOW DURATION BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 112. OPPENHEIMER MAIN STREET SMALL-CAP FUND/VA - GUARD INV B SERIES | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 113. ALLIANCEBERNSTEIN VPS GROWTH & INCOME PORTFOLIO CL B - GUARD INV | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 114. GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | J | T | Buy | 02/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | J | T | Buy | 02/02/19 | J | | |
| 116. COLUMBIA VP - SMALL CAP VALUE - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 117. FRANKLIN U.S. GOVERNMENT SECURITIES VIP FUND - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 118. PIMCO TOTAL RETURN ADVISOR CL - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 119. RS INVESTMENT QUALITY BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 120. RS LOW DURATION BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 121. OPPENHEIMER GLOBAL STRATEGIC INCOMEVA S - GUARD INV B SERIES | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 122. ALLIANCEBERNSTEIN VPS GROWTH & INCOME PORTFOLIO CL B - GUARD INV | A | Dividend | J | T | Buy | 05/03/19 | J | | |
| 123. BLACKROCK LARGE CAP CORE CL III - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 124. COLUMBIA VP SMALL CAP VALUE - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 125. FIDELITY VIP MID CAP PORT SRCL2 - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 126. FRANKLIN SMALL CAP VALUE VIP FUND CL - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 127. PIONEER MID-CAP VALUE VCT CL II - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 128. OPPENHEIMER MAIN STREET SMALL-CAP FUND/VA - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 129. ALLIANCEBERNSTEIN VPS GROWTH & INCOME PORTFOLIO CL B - GUARD INV | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 130. JANUS ASPEN GLOBAL TECHNOLOGY SS - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 131. BLACKROCK CAPITAL APPRECIATION SERIES I - GUARD INV B SERIES | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 132. GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 133. GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 134. GUARDIAN LARGE CAP FUNDAMENTAL GROWTH VI | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 135. GUARDIAN LARGE CAP DISCIPLINED GROWTH VI | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 136. GUARDIAN U.S. GOVERNMENT SECURITIES VIP | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 137. GUARDIAN SMALL-CAP CORE VIP FUND | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 138. GUARDIAN TOTAL RETURN BOND VIP FUND | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 139. GUARDIAN GLOBAL UTILITIES VIP FUND | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 140. GUARDIAN MULTI SECTOR BOND VIP FUND | A | Dividend | K | T | Buy | 10/18/19 | K | | |
| 141. FIDELITY VIP MID-CAP PORT SRCL2 - GUARD INV B SERIES | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 142. RS INVESTMENT QUALITY BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 143. RS LOW DURATION BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 144. GUARDIAN LARGE-CAP FUNDAMENTAL GROWTH VI | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 145. GUARDIAN LARGE-CAP DISCIPLINED GROWTH VI | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 146. GUARDIAN U.S. GOVERNMENT SECURITIES VIP | A | Dividend | J | T | Buy | 11/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 147. GUARDIAN TOTAL RETURN BOND VIP FUND | A | Dividend | J | T | Buy | 11/02/19 | J | | |
| 148. FRANKLIN U.S. GOVERNMENT SECURITIES VIP FUND - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 149. MFS VIT UTILITIES SERIES SC - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 150. PIMCO TOTAL RETURN ADVISOR CL - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 151. RS LARGE-CAP ALPHA VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 152. RS QUALITY INVESTMENT BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 153. OPPENHEIMER GLOBAL STRATEGIC INCOMEVA S - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 154. JANUS ASPEN GLOBAL TECHNOLOGY SS - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 155. BLACKROCK CAPITAL APPRECIATION SERIES I - GUARD INV B SERIES | A | Dividend | | | Sold | 02/02/19 | J | A | |
| 156. BLACKROCK LARGE CAP CORE CL III - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 157. FIDELITY VIP CONTRAFUND SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 158. FIDELITY VIP MID-CAP PORT SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 159. FRANKLIN SMALL CAP VALUE VIP FUND CL - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 160. MFS VIT UTILITIES SERIES SC - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 161. PIONEER MID-CAP VALUE VCT CL II - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 162. RS LARGE-CAP ALPHA VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. OPPENHEIMER MAIN STREET SMALL-CAP FUND/VA - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 164. JANUS ASPEN GLOBAL TECHNOLOGY SS - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 165. BLACKROCK CAPITAL APPRECIATION SERIES I - GUARD INV B SERIES | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 166. GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 167. GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | | | Sold | 05/03/19 | J | A | |
| 168. FIDELITY VIP CONTRAFUND SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 169. FRANKLIN U.S. GOVERNMENT SECURITIES VIP FUND - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 170. MFS VIT UTILITIES SERIES SC - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 171. PIMCO TOTAL RETURN ADVISOR CL - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 172. RS LARGE-CAP ALPHA VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 173. RS INVESTMENT QUALITY BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 174. RS LOW DURATION BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 175. OPPENHEIMER GLOBAL STRATEGIC INCOMEVA S - GUARD INV B SERIES | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 176. BLACKROCK LARGE CAP CORE CL III - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 177. COLUMBIA VP SMALL CAP VALUE - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 178. FIDELITY VIP CONTRAFUND SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 179. FIDELITY VIP MID-CAP PORT SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 180. FRANKLIN SMALL CAP VALUE VIP FUND CL - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 181. FRANKLIN U.S. GOVERNMENT SECURITIES VIP FUND - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 182. MFS VIT UTILITIES SERIES SC - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 183. PIMCO TOTAL RETURN ADVISOR CL - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 184. PIONEER MID-CAP VALUE VCT CL II - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 185. RS LARGE-CAP ALPHA VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 186. RS INVESTMENT QUALITY BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 187. RS LOW DURATION BOND VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 188. OPPENHEIMER MAIN STREET SMALL-CAP FUND/VA - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 189. OPPENHEIMER GLOBAL STRATEGIC INCOMEVA S - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 190. ALLIANCEBERNSTEIN VPS GROWTH & INCOME PORTFOLIO CL B - GUARD INV | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 191. JANUS ASPEN GLOBAL TECHNOLOGY SS - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 192. BLACKROCK CAPITAL APPRECIATION SERIES I - GUARD INV B SERIES | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 193. GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | | | Sold | 09/13/19 | J | A | |
| 194. GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | | | Sold | 09/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 195. FIDELITY VIP CONTRAFUND SRCL2 - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 196. FRANKLIN U.S. GOVERNMENT SECURITIES VIP FUND - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 197. MFS VIT UTILITIES SERIES SC - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 198. PIMCO TOTAL RETURN ADVISOR CL - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 199. OPPENHEIMER MAIN STREET SMALL-CAP FUND/VA - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | J | A | |
| 200. OPPENHEIMER GLOBAL STRATEGIC INCOMEVA S - GUARD INV B SERIES | A | Dividend | | | Sold | 10/18/19 | K | A | |
| 201. BLACKROCK CAPITAL APPRECIATION SERIES I - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 202. BLACKROCK LARGE CAP CORE CL III - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 203. COLUMBIA VP SMALL CAP VALUE - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 204. FRANKLIN SMALL CAP VALUE VIP FUND CL - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 205. PIONEER MID-CAP VALUE VCT CL II - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 206. RS LARGE-CAP ALPHA VIP SERIES - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 207. ALLIANCEBERNSTEIN VPS GROWTH & INCOME PORTFOLIO CL B - GUARD INV | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 208. JANUS ASPEN GLOBAL TECHNOLOGY SS - GUARD INV B SERIES | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 209. GUARDIAN INTERNATIONAL GROWTH VIP FUND | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 210. GUARDIAN INTERNATIONAL VALUE VIP FUND | A | Dividend | | | Sold | 11/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 211. GUARDIAN SMALL-CAP CORE VIP FUND | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 212. GUARDIAN GLOBAL UTILITIES VIP FUND | A | Dividend | | | Sold | 11/02/19 | J | A | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heffley, Marilyn** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544